■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW S. DELIO, Appellant. [722 NYS2d 182] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered March 1, 1999, convicting him of rape in the first degree, rape in the third degree, sexual abuse in the first degree, and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Santucci, S. Miller and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DICKENS, Appellant. [722 NYS2d 400] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 22, 1999 (*People v Dickens,* 266 AD2d 468), affirming a judgment of the Supreme Court, Kings County, rendered February 20, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Altman, J. P., H. Miller, Schmidt and Smith, JJ., concur.